# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. RDB-13-0639 |
| JORGE ALAN HEREVIA, | * | (UNDER SEAL) |
| BRUCE DWAYNE WINSTON, | * | |
| and | * | |
| JOE HOWARD PAYNE, | * | |
| Defendants. | * | |

....o0o....

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Peter J. Martinez, Assistant United States Attorney, hereby moves the Court to unseal the indictment and all related documents (e.g., arrest warrants) in the above-captioned case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____
Peter J. Martinez
Assistant United States Attorney

It is so ORDERED, this 18th day of November 2013

_____
The Honorable Richard D. Bennett
United States District Judge