# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JORGE ALAN HEREVIA,

BRUCE DWAYNE WINSTON,

and

JOE HOWARD PAYNE,

Defendants.

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*

2013 NOV 21 A 9 55

*CLERK'S OFFICE*
*AT BALTIMORE*

CASE NO. RDB-13-0639

BY *_____ DEPUTY

\*

\*

\*

\*

\*

....oOo....

## ORDER GRANTING MOTION TO
## QUASH ARREST WARRANTS

Having considered the grounds advanced in the United States' Motion to Quash Arrest

Warrants, it is this 20th day of November 2013, ORDERED that the requested Motion is

GRANTED, and that the arrest warrants issued by this Court for Bruce Dwayne Winston and Joe

Howard Payne be and hereby are QUASHED.

Dated: November ___, 2013

The Honorable Beth P. Gesner  Stephanie
United States Magistrate Judge  Gallagher.