IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2013 NOV 36 P 3:25

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEC 11 A 9:33

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY
*****

UNITED STATES OF AMERICA

vs.

JORGE ALAN HEREVIA

Case No. RDB-13-0639

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _December 11 2013_ (date) at _10:30_ (time) before _Honorable Stephanie A. Gallagher_ United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

December 6, 2013
Date

Stephanie A. Gallagher
United States Magistrate Judge