**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel: 410-962-3190<br>Fax: 410-962-3177 |

July 28, 2014

TO COUNSEL OF RECORD

    RE:   *USA v. Jorge Alan Herevia*
               Criminal No. RDB-13-0639

Dear Counsel:

At the request of defense counsel, this will confirm the Sentencing of the above-captioned Defendant has been rescheduled. The Revised Schedule is as follows:

    **Sentencing:**        November 19, 2014 at 3:00 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                              Sincerely,

                              /s/

                              Richard D. Bennett
                              United States District Judge

RDB/klf