UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

U.S. Courthouse – Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177



August 14, 2014

**LETTER ORDER**

TO ALL COUNSEL OF RECORD:

RE: *USA v. Herevia, et al.*
Criminal No. RDB-13-0639

Dear Counsel:

This will confirm the results of today's telephone conference with respect to the rescheduling of the hearing on pretrial motions. The hearing is now scheduled for **Monday, August 25, 2014 at 10:00 a.m.** and is scheduled to last a full day.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/klf