IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-13-0639 |
| JORGE ALAN HEREVIA, et al. | * | |

* * * * * * * * * * * * *

## ORDER

The Court having conducted a hearing on outstanding motions, for the reasons stated on the record, the following motions are **GRANTED**:

Motion for Leave to File Additional Motions (**ECF#39**);

Motion to Adopt Motion of Other Defendants (**ECF#42**);

Motion for Leave to File Additional Motions (**ECF#43**);

Motion to Unseal Document (**ECF#118**); and

Motion to Seal (**ECF#136**).

IT IS SO ORDERED this 19th day of September, 2014.

                                              /s/
                                      Richard D. Bennett
                                      United States District Judge