IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

                        CRIMINAL NO.: RDB-13-639

    V.

JORGE ALAN HEREVIA, *et al.*,

    DEFENDANTS.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, IT IS this 23rd day of September, 2014, ORDERED that:

1. Defendant Winston's Motion to Suppress Tangible and Derivative Evidence (ECF No. 38) is DENIED;

2. Defendant Payne's Motion to Sever (ECF No. 40) is DENIED but the Government is prohibited from using Defendant Winston's statement concerning involvement in the drug trafficking business at trial;

3. Defendant Payne's Motion to Suppress Search and Statement (ECF No. 44) is DENIED;

4. Defendant Winston's Motion to Suppress Evidence Taken from the Defendant's Cellular Phone (ECF No. 72) is DENIED;

5. Defendant Payne's Motion to Adopt Motion of Other Defendant and Supplement Motion to Suppress Evidence from Cell Phone (ECF No. 75) is DENIED;

1

6. Defendant Winston's Motion to Suppress Statements (ECF No. 95) is DENIED;

7. The Government's Motion *in Limine* to Admit Rule 404(b) Evidence (ECF No. 67) is GRANTED. and

8. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

_____/s/_____
Richard D. Bennett
United States District Judge