# HOWARD CAMPBELL

**Address & Phone**

University of Texas at El Paso (UTEP)
Department of Sociology & Anthropology
500 W. University Ave.
El Paso, TX 79968
Ph.: (915)747-6525 e-mail: hcampbel@UTEP.edu fax: (915) 747-5505

**Education**

Ph.D. Anthropology 1990 University of Wisconsin-Madison
M.A. Anthropology 1985 University of Wisconsin-Madison
M.A. Ibero-American Studies 1984 U. of Wisconsin-Madison
B.A. Anthropology 1980 University of Idaho

**Areas of Specialization**

Cultural Anthropology, Ethnicity, Political Economy, Social Movements, Drug Trafficking, Latin America, Mexico, Borderlands

**Teaching Experience**

Professor 2007-present UTEP, Dept. of Sociology & Anthropology
Associate Professor 1997-2007 UTEP, Dept. of Sociology & Anthropology
Assistant Professor 1991-1997 UTEP, Dept. of Sociology & Anthropology

**Publications – Books and Edited Volumes**

Drug War Zone: Frontline Dispatches from the Streets of El Paso and Juárez.
University of Texas Press. 2009.

Mexican Memoir: A Personal Account of Anthropology and Radical Politics in Oaxaca.
Bergin & Garvey. 2001.

Behind the Mexican Mountains by Robert Zingg. Co-edited with John Peterson and
David Carmichael. University of Texas Press. 2001.

The Politics of Ethnicity in Southern Mexico. Edited Volume. Vanderbilt University
Press, Vanderbilt University Publications in Anthropology, vol. 50. 1996.

Zapotec Renaissance: Ethnic Politics and Cultural Revivalism in Southern Mexico.
University of New Mexico Press. 1994.

Zapotec Struggles: Histories, Politics and Representations from Juchitán, Oaxaca.
Edited Volume. Co-edited with Leigh Binford, Miguel Bartolomé and Alicia Barabas.
Smithsonian Institution Press. 1993.

**Publications – Articles, Book Chapters and Extended Essays**

"Is Narco-violence in Mexico Terrorism?" Bulletin of Latin American Research, vol. 33, no. 2, pp. 158-173. (1st author, with Tobin Hansen). April 2014.

"Narco-Propaganda in the Mexican Drug War: An Anthropological Perspective," Latin American Perspectives, vol. 41, no. 2, pp. 60-77. March 2014.

"Transnational homelessness: Finding a place on the U.S.-Mexico border," Journal of Borderlands Studies, vol. 28, no. 3, pp. 279-290. 2013. (1st author, with Josue LaChica).

"Getting out of the game: Desistance from drug trafficking," International Journal of Drug Policy, vol. 23, no. 6, pp. 481-487. 2012. (1st author, with Tobin Hansen)

"The Militarization of the United States-Mexico Border Region," Revista de Estudos Universitários, vol. 38, no. 1, pp. 75-94. June 2012. (2nd author, with Joe Heyman)

"Afterword: Crime on and across Borders," in Elaine Carey and Andrae Marak, eds., Smugglers, Brothels, and Twine: Historical Perspectives on Contraband and Vice in North America's Borderlands, pp. 177-190, Tucson: University of Arizona Press. 2011. (2nd author, with Joe Heyman)

"No End in Sight: Violence in Ciudad Juárez," NACLA, Report on the Americas, vol. 44, no. 3, pp. 19-22. May/June 2011.

"The anthropology of global flows: A critical reading of Appadurai's 'Disjuncture and Difference in the Global Cultural Economy,'" Anthropological Theory, vol. 9, no. 2, pp. 131-148, June 2009. (2nd author, with Joe Heyman).

"Female Drug Smugglers on the U.S.-Mexico Border: Gender, Crime, and Empowerment," Anthropological Quarterly, vol. 81, no. 1, pp. 233-268. Winter 2008.

"Corruption in the U.S. Borderlands with Mexico: The 'Purity' of Society and the 'Perversity' of Borders." in Corruption and the Secret of the Law: A Legal Anthropological Perspective, eds., Monique Nuijten and Gerhard Anders, pp. 191-217. Ashgate Press. 2007. (2nd author, with Joe Heyman).

"Cultural Seduction: American Men, Mexican Women, Cross-border Attraction," Critique of Anthropology, vol. 27, no. 3, pp. 261-283. September 2007.

"Slantwise: Beyond Domination and Resistance on the Border," Journal of Contemporary Ethnography, vol. 36, no. 1, pp. 3-30. February 2007. (1st author, with Joe Heyman).

"Tribal Synthesis: Piros, Mansos and Tiwas through History." <u>Journal of the Royal Anthropological Institute</u>, vol. 12, no. 2, pp. 293-311. June 2006.

"The Role of Religion on the Health Practices of Mexican Americans," <u>Journal of Religion and Health</u>, vol. 45, no. 2, pp. 183-195. June 2006. (2nd author, with Josie Luján)

"At the Anthropology Meetings," <u>Qualitative Inquiry</u>, vol.12: 1, pp. 208-216. February 2006.

"Drug Trafficking Stories: Everyday Forms of Narco-Folklore on the U.S.-Mexico Border." <u>International Journal of Drug Policy</u>, vol. 16, no. 5, pp. 326-333. 2005.

"The Socorro Mission: Culture, Economic Development and the Politics of Historical Preservation along the Río Grande/Río Bravo," <u>Latin American Perspectives</u>, vol. 32, issue 6, pp. 8-27. November 2005.

"Chicano Lite: Mexican-American Consumer Culture on the Border, <u>Journal of Consumer Culture</u>, vol. 5, no. 2, pp. 207-233. July 2005.

"A Tale of Two Families: The Mutual Construction of Anglo and Mexican Ethnicities along the U.S.-Mexico Border," <u>Bulletin of Latin American Research</u>, vol. 24, no. 1, pp. 23-43. January 2005.

"Recent Research on the U.S.-Mexico Border," <u>Latin American Research Review</u>, vol. 39, no. 3, pp. 205-220. October 2004. (2nd author, with Josiah Heyman)

"Beat Mexico: Bohemia, Anthropology, and 'the Other,'" <u>Critique of Anthropology</u>, vol. 23, no. (2), pp. 209-230. June 2003.

"Introduction" to <u>Behind the Mexican Mountains</u> by Robert Zingg. Pp. vii-xxviii. Edited by Howard Campbell, John Peterson and David Carmichael. University of Texas Press. 2001.

"Alternative Political Futures of Indigenous People in Mesoamerica." in <u>Supplement to the Handbook of Middle American Indians: Vol. 6: Ethnology</u>, pp. 50-62. John Monaghan, ed. University of Texas Press. 2000.

"Colonia-ism and the Culture of the Normals," <u>Latin American Issues</u>, no. 14, pp. 91-106. 1998. (2nd author, with Alejandro Silva)

"A History of Representations of Isthmus Zapotec Women." <u>Identities</u>, vol. 3, nos. 1 & 2, pp. 155-182, (in a special issue titled "Indigenous Peoples/Global Terrain"). August

1996. (1st author, with Susanne Green)

Introduction and one chapter ("Isthmus Zapotec Intellectuals: Cultural Production and Politics in Juchitán") in <u>The Politics of Ethnicity in Southern Mexico</u>. Howard Campbell, ed. Vanderbilt University Publications in Anthropology, vol. 49, pp. iv-v, 77-98, 1996.

Preface, Introduction, 4 section introductions, and Afterword (with Leigh Binford) to <u>Zapotec Struggles</u>, Howard Campbell et al, eds. Smithsonian Institution Press, pp. xvii-xxii, 1-21, 23-28, 109-115, 147-153, 207-210, 279-284. 1993.

"Class Struggle, Ethnopolitics, and Cultural Revivalism in Juchitán" **in** <u>Zapotec Struggles</u>, Howard Campbell     et al, eds. Smithsonian Institution Press, pp. 213-231. 1993.

"Tradition and the New Social Movements: The Politics of  Isthmus Zapotec Culture," <u>Latin American Perspectives</u>, vol.  20, no. 3, pp. 83-97. Summer 1993.

"The COCEI: Culture, Class, and Politicized Ethnicity in the Isthmus of Tehuantepec," <u>Ethnic Groups</u>, vol. 8, no. 1. 1990.

"Juchitán: The Politics of Cultural Revivalism in an Isthmus Zapotec Community," <u>The Latin American Anthropology Review</u>, vol. 2, no. 2, pp. 47-55. 1990.

**Publications – Short Essays and Articles in Spanish**

Introduction to <u>Narco Estado: Drug Violence in Mexico</u> by Teun Voeten. Belgium: Lannoo Publishers. 2012.

Foreword to <u>Beneath the Same Sky: A Life's Journey amid Undercover Investigations and Border Security</u> by David Ramirez. Stanley Publishing. 2012.

"Drug War Tragedy in Juárez (Halkin's Living Juárez: Collateral Damage in Mexico's Drug War)." <u>Current Anthropology</u>, vol. 52, no. 6, pp. 922-923.  December 2011.

Foreword to <u>Border Junkies</u> by Scott Comar, pp. ix-xii.  University of Texas Press. 2011.

"Bordering Culture: The U.S.-Mexico Case" in <u>Paradigms for Anthropology</u> edited by

Paul Durrenberger and Suzan Erem. Paradigm Publishers. 2009. (2nd author, with Joe

Heyman).


Afterword ("The Study of Border Consumption: Potentials and Precautions") to <u>Land of</u>

Necessity: Consumer Culture in the United States-Mexico Borderlands, edited by Alexis McCrossen. Duke University Press. 2009. (1st author, with Joe Heyman).

"Anthropologists, Journalists, Drug Traffickers and Others." Commentary published in Anthropology News. December 2008.

"The Other Side of the Ciudad Juárez Femicide Story: Activism Matters" in Revista/Harvard Review of Latin America, vol. 7, no. 2, pp. 16-19. Winter 2008. (2nd author, with Kathy Staudt)

"El narco-folklore: narrativas e historias de la droga en la frontera," Nóesis, vol. 16, no. 32, pp. 48-72. July-December 2007.

"Francisco Toledo—Artist and Activist." Essay for Catalog of the art show "El Maestro Francisco Toledo." Stanlee and Gerald Rubin Center for the Visual Arts (UTEP) and Princeton University Art Museum. 2007.

"De Aguascalientes a El Paso: La construcción de la identidad étnica entre anglos y mexicanos en la frontera, Cuicuilco, vol. 37, pp. 75-103. Mayo-Agosto 2006.

"Foreword" to El Narcotraficante: Narcocorridos and the Construction of a Cultural Persona on the U.S.-Mexican Border

6

by Mark Edberg, University of Texas Press, 2004.

"Willie Varela – The Early Years," <u>El Bridge</u>, February-March 2003.

"The Census and 'Colonias' along the U.S./Mexico Border: An Anthropological Approach, **in** <u>Digame: Policy and Politics on the Texas Border</u>. Christine Brenner et al., eds. Kendall Hunt. 2003.

"Asentamientos espontáneos de "hispanos" y la cultura de la clase media norteamericana," <u>Solar</u>, year 9, no. 34, pp. 191-207. September 2001. (with Alejandro Silva)

"La 'Colonialogía' y la Cultura `Normal,'" <u>Cuicuilco</u>, vol. 8, no. 23, pp. 191-207. Sept.-Dec. 2001. (with Alejandro Silva)

"COCEI" in <u>The Oxford Encyclopedia of Mesoamerican Cultures</u>. Vol. 1, pp. 226-227. Davíd Carrasco, ed. Oxford University Press. 2000.

"Indigenous Rights Movements" in <u>The Oxford Encyclopedia of Mesoamerican Cultures</u>. Vol. 2, pp. 44-46. Davíd Carrasco, ed. Oxford University Press. 2000.

"La relectura de Robert Zingg: antropología, crítica literaria y lo 'politically correct,'"

<u>Boletín de Antropología Americana</u>, vol. 34, pp. 123-137. July 1999.

"Historia de las representaciones de la mujer zapoteca del Istmo de Tehuantepec," (with Susanne Green), <u>Estudios sobre las Culturas          Contemporáneas</u>, época II, vol. 5, no. 9, pp. 89-112. June 1999.

"Los poemas de la iguana: poetry from Oaxaca, Mexico." <u>Rio Grande Review</u>, vol. 15, no.2. 1996.

"La Carrera Diplomática de un Juchiteco." <u>Guchachi' Reza</u> 52.  May-June 1996.

"Images of Juchitán." <u>Latin American Perspectives</u>, vol. 23, no. 2, pp. 141-2. Spring 1996.

"Remember Guatemala? There is at least one country south of Chiapas." <u>The Texas Observer</u>, pp. 14-15. March 11, 1994.

"Last of the Mansos," in <u>Nova</u>, vol. 28, no. 4, pp. 16-18. Summer 1993. (with Nick Houser and John Peterson)

"Huaves of Mexico." In <u>The State of the Peoples. A Global Human Rights Report on Societies in Danger</u>, p.226. Edited volume produced by Cultural Survival. Beacon Press. 1993.

"Intelectuales Zapotecos: Producción Cultural y Política en Juchitán," <u>Cuadernos del Sur</u>, no. 3, pp.75-102. 1993.

"Juchitán: La Política de Revitalización Cultural en Una Comunidad Zapoteca del Istmo," <u>Guchachi' Reza</u>, no. 33, pp.22-32. 1992.

"La COCEI: cultura y etnicidad politizadas en el Istmo de Tehuantepec," <u>Revista Mexicana de Sociología</u>, vol. 51, no. 2, pp.247-263. April-June 1989.

**Thesis**

<u>Zapotec Ethnic Politics and the Politics of Culture in Juchitán, Oaxaca 1350-1990</u>. Ph.D thesis. University of Wisconsin-Madison. (copyright, University Microfilms International, Ann Arbor, MI). 1990.

**Publications - Book Reviews**

Singing for the Dead: The Politics of Indigenous Revival in Mexico. <u>The Americas</u> 70(3): 578-579. January 2104.

Mexico: Democracy Interrupted. <u>Criminal Law and Criminal Justice Books</u>. May 2013.

Policing Methamphetamine: Narcopolitics in Rural America. In American Anthropologist 114(2): 376. June 2012.

The Trouble with Unity. In Contemporary Sociology: A Journal of Reviews  41: 175-176. March 2012 .

Building the Borderlands. In American Anthropologist, vol. 113, no. 1, pp. 188-189. March 2011.

Adoring the Saints: Fiestas in Central Mexico. In Journal of the Royal Anthropological Institute, vol. 17, no. 1, pp.206-207. March 2011.

Pursuing Hollywood: Seduction, Obsession, Dread. In American Ethnologist, vol. 34, no. 1. February 2007.

On the Border: Society and Culture between the United States and Mexico. In Journal of Latin American Anthropology, vol. 11, no. 1, pp. 198-200. April 2006.

Tepoztlán and the Transformation of the Mexican State. In Journal of Anthropological Research, vol. 62, no. 1. pp. 122-123. Spring 2006.

The Grimace of Macho Raton: Artisans, Identity and Nation in Late Twentieth-Century Western Nicaragua. In <u>Journal of Anthropological Research</u>, vol. 61, no. 2. Summer 2005.

The Devil's Book of Culture: History, Mushrooms and Caves in Southern Mexico. In <u>The Journal of the Royal Anthropological Institute</u>, vol. 10, no. 4, pp. 909-910. December 2004.

To See with Two Eyes: Peasant Activism & Indian Autonomy in Chiapas, Mexico. In <u>Journal of Latin American Anthropology</u>, vol. 9, no. 1, pp. 199-200. Spring 2004.

Class, Ethnicity and Community in Southern Mexico. In <u>Bulletin of Latin American Research</u>, vol. 20, no. 4, pp. 539-540. October 2001.

Ancient Mexico: An Overview. In <u>Heritage</u>, vol. 26. Summer 1999.

The Decline of Community in Zinacantan. In <u>Anthropological Quarterly</u>, vol. 68, no. 1, pp. 66-67. January 1995.

Frida Kahlo. An Open Life. In <u>Heritage</u>, vol. 12, no. 4, p. 27. Fall 1994.

Obliging Need: Rural Petty Industry in Mexican Capitalism. In <u>The Latin American</u>

Anthropology Review, vol. 3, no. 2, p. 75. 1991.

Class, Politics and Popular Religion in Mexico and Central America. In The Latin American Anthropology Review, vol. 3, no. 1, p. 15. 1991.

Also, numerous reviews of scholarly books for the El Paso Times newspaper.

**Classes Taught**

General Anthropology; Introduction to Cultural Anthropology; Cultural Diversity; Ethnographic Methods; Qualitative Methods; Contemporary Mexican Culture; Economic Anthropology; Indigenous Cultures of Latin America; Drug Use, Drug Abuse and Drug Trafficking; Sports, Society and Culture.

**Grants, Awards and Contracts**

2011 Outstanding Faculty Member - UTEP College of Liberal Arts (2010-2011 academic year).

2010 Southwest Book Award (for "Drug War Zone").

2007 University of Texas Telecampus Grant for On-line Anthropology Curriculum.

2007 Visiting Scholar for NEH Summer Institute (Mexico).

2006 NSF Short Course on Text Analysis: Systematic Techniques for Analyzing Qualitative Data.

2005-2006 NEH Faculty Research Award.

2005 Senior Fellow. Mexican and American Solidarity Foundation.

2004 Malaysia Summer Institute. Freeman Foundation. University of Hawaii-Center for Southeast Asian Studies.

2002 Fulbright-Hays Travel Grant. Thailand-Burma.

2002 ARP/ATP Grant. Texas Higher Education Coordinating Board.

2002 University Research Institute Grant. UTEP.

2001 Piro-Manso-Tiwa Federal Recognition Project, Contract to do Ethnographic Research. Funded through a grant from ANA (Administration for Native Americans).

2001 NEH Summer Institute Grant. Ohio State University.

2000 U.S. Census Bureau. Contract for Ethnographic Research on Barriers to Enumeration in Colonias in Census 2000.

1998 NEH Summer Institute Grant. Mexico City and Albuquerque, New Mexico.

1997 East-West Center Grant. University of Hawaii.

1996 EPA Grant.   (with Amy Liebman)

1995 Piro-Manso-Tiwa Federal Recognition Project. Contract to do Ethnographic Research.

1995 University Research Institute Grant, UTEP.

1994 Piro-Manso-Tiwa Federal Recognition Project, Contract to do Ethnographic Research.

1994 Texas Committee for the Humanities Grant.

1994 UTEP Faculty Development Grant.

1993 Center for Inter-American and Border Studies Grant, UTEP.

1992 UTEP Faculty Development Grant.

1992 NEH Travel to Collections Grant.

1992 Center for Inter-American and Border Studies Grant, UTEP.

1991-92 University Research Institute Grant, UTEP.

1989-90 University of Wisconsin-Madison Graduate School Doctoral Dissertation Fellowship .

1987-88 Inter-American Foundation Doctoral Dissertation Fellowship.

1987-88 Organization of American States Doctoral Dissertation Fellowship.

1987 Dissertation Travel Grant University of Wisconsin-Madison Graduate School.

1986 Tinker Pre-doctoral Research Fellowship Ibero-American Studies Program University of Wisconsin-Madison.

1983-84 Title VI Foreign Language and Area Studies Fellowship University of Wisconsin-Madison.

1982-83 University Fellowship University of Wisconsin-Madison.

**Papers Presented and Invited Lectures**

Drug War Zone. University of Kentucky. April 2014. Invited lecture part of Viva Mexico! Program.

Drug Research: Key Ethnographic Issues. Society for North American Anthropology. Duke University. March 2013.

The Current State of the Mexican "Drug War." National Social Science andTechnology Conference. National Social Science Association. Las Vegas, Nevada. April 2012.

Cultural Analysis of the Mexican "Drug War." Geostrategic Intelligence Seminar: Mexico. Sponsored by the National Intelligence University and Transborder Institute. University of San Diego. February 2012.

5 Social factors contributing to the violence in Mexico. Understanding Mexico's Drug Violence Workshop. Harry Frank Guggenheim Foundation. New York City, December 2011.

Drug-Related Violence and the Future of Mexico. Missouri State University. October

2011.

Narco-terrorism in Mexico. National Social Science andTechnology Conference. National Social Science Association. Las Vegas, Nevada. April 2011.

Drug-trafficking culture. Colloquium on Intelligence and Security on the U.S.-Mexico Border. UTEP. April 2011.

The Rising Tide of Violence in Mexico: What Does it mean for Us? Rollins College. October 2010.

Narco-propaganda in Mexico: An Anthropological Perspective. Emory University School of Law. September 2010.

Mexican Cartels and the Drug War as Health Issues. Conference on War and Global Health. University of Washington. Seattle, Washington. April 2010.

Narco-Violence. Presentation at Town Hall Meeting. Washington University. April 2010.

Mexican Drugs Wars. Loyola University, Chicago, Illinois. April 2010.

U.S. Perspectives on Mexico. (and how they shape "our" understanding of drug

trafficking issues). University of Texas at Austin School of Journalism. April 2010.

Mexican Drug Trafficking Organizations. National Library of Medicine. El Paso, Texas. June 2009.

Drug Wars. Closing ceremony of the Chicano Studies Conference. Western New Mexico University. March 2009.

Bordering on the Future: Mobility, Migration and the U.S.-Mexico Border Context for Health. American Public Health Association annual meeting. San Diego, September 2008.

Female Drug Traffickers on the U.S.-Mexico Border. UTEP. Lecture for Hispanic Heritage Month. September 2008.

Chicano Lite: Mexican-American Consumer Culture on the Border. UTEP. Lecture for Hispanic Heritage Month. October 2007.

Mexican Drug War Zone. National Social Science Association annual meeting. San Diego. October 2007.

Three lectures about Mexican indigenous culture to NEH Summer Institute. Oaxaca,

Mexico. July 2007.

Francisco Toledo: Mesoamerican Artist and Activist. Rubin Center Art Gallery. El Paso. May 2007.

Mexican-American Border Culture. Border Institute. El Paso. May 2007.

Drug Trafficking Stories. Presentation at the Lineae Terrarum International Borders Conference. El Paso. March 2006.

Ethnographic Interviews. Presentation to the National Park Service. El Camino Real National Trail. Rapid Ethnographic Assessment/Tourism Impact Study Planning Workshop. Chamizal National Monument. El Paso. April 2004.

Socorro Mission Preservation Project. Presentation to the El Paso Historical Commission. El Paso. October 2003.

"Infusing Asian Studies into the Curriculum at UTEP." Presentation at the conference on "Authoring Community and State: Political Culture in Asian Contexts." Eckerd College. October 2002.

"Mexican Memoir: A Personal Account of Anthropology and Politics in Oaxaca."

Wilderness Park Museum. El Paso. September 2001.

El Paso Census 2000. Paper presented at the conference "Building New Bridges: The Communication Research Agenda for the U.S.-Mexico Border." UTEP. April 2001.

"Culture, Language and the U.S Census in an El Paso Colonia." Paper presented at the American Anthropological Association annual meeting. San Francisco. November 2000.

"A Critique of Tarahumara Ethnography." Paper presented at the meeting of the International Academy of Linguistic, Behavioral, and Social Sciences. Las Vegas. November 1999.

"Políticas Alternativas de los Indígenas Mesoamericanos." Paper presented at the IV Coloquio Paul Kirchhoff. UNAM-Instituto de Investigaciones Antropológicas. Mexico City. October 1998.

"Colonia-ism and the Culture of the Normals." Paper presented at the Association of Borderlands Scholars annual meeting. Nogales, Arizona. February 1998.

"Alternative Political Futures of Mesoamerican Indigenous Peoples." Paper presented at the American Anthropological Association annual meeting. Washington, D.C. November 1997.

"The Anthropology of Robert Zingg." Paper presented at the American Ethnological Society annual meeting. San Juan, Puerto Rico. April 1996.

"A History of Representations of Isthmus Zapotec Women." Paper presented at the American Anthropological Association annual meeting, Atlanta. December 1994.

"Women of Tehuantepec: A Matriarchy?" Invited Lecture. 2a. Feria Regional Fronteriza del Libro. UTEP. May 1994.

"U.S. Research in Mexico." Invited presentation as part of the UTEP AWARE program. Universidad Autónoma de Ciudad Juárez, Ciudad Juárez, Mexico. April 1994.

"Isthmus Zapotec Women." Paper presented at the 13th International Congress of Anthropological and Ethnological Sciences. Mexico City, Mexico. August 1993.

"Mujeres zapotecas en el sur de México." Paper presented at the Near Neighbors conference. University of Monterrey, Monterrey, Mexico. March 1993.

"Isthmus Zapotec Intellectuals." American Anthropological Association, annual meeting. San Francisco. November 1992. (paper presented in a panel I co-chaired called "Indigenous Identity and Ideology: A Zone of Contention"). November 1992.

"New Social Movements in Mexico." Lecture to a delegation from the Center for New Creation (Washington, D.C.). UTEP - Dept. of Sociology and Anthropology. August 1992.

"Zapotec Women." UTEP, Centennial Museum. July 1992.

"Post-Modern Juchitán." American Anthropological Association, annual meeting. Chicago, Illinois. (paper presented in a panel I co-chaired called "The Politics of Ethnicity in Southern Mexico"). November 1991.

"Zapotec Renaissance." UTEP, Center for Inter-American and Border Studies. November 1991.

"The Politics of Zapotec Culture." Invited lecture. UTEP. March 1991.

"Tradition and the New Social Movements." Invited colloquium. Baylor University. March 1991.

"Politics and Ethnicity in Southern Mexico." Invited colloquium. Michigan State University. Department of Anthropology. March 1990.

"Gender, Ethnicity, and Class in an Isthmus Zapotec Political Movement." Invited lecture.

INAH-DEAS, Mexico City. July 1987.

**Editorial Boards**

University of Texas Press Inter-America Series 2004-present. Journal of Latin America

Anthropology 1999-2007. Guchachi'Reza' 1995-1998.

**Field Research**

January 2002- present. Research on U.S.-Mexico border culture: ethnic relations, drug-

trafficking, immigration, consumer culture.

January 2002 - present. Socorro Mission Restoration Project. Ethnographic interviews

and oral histories.

Jan. 2001-present. Piro-Manso-Tiwa Indian Tribe. Ethnographic interviews,

ethnohistory.

June 2001. Housing preferences of maquiladora workers in Cd. Juárez, Mexico.

Summer 2000. International observer. Mexican presidential elections with Global

Exchange contingent.

March 2000-September 2000. Ethnographic study of the U.S. Census in an El Paso colonia.

January-December 1998. Ethnographic study of Union Plaza area, downtown El Paso, Texas.

June-August 1996."Agua Para Beber Project." Ethnographic study of water purification methods in colonias of El Paso and Cd. Juárez, Mexico. Funded by the EPA.

June 1994 – present (intermittent). Ethnographic research on the Piro-Manso-Tiwa Indian tribe of Las Cruces, New Mexico. Various Locations in New Mexico.

July, December 1994. Interviews of Zapotec politicans and intellectuals in Oaxaca.

February 1994. Interviews in Guatemala and Chiapas on the peace negotiation processes in both countries.

November 1993 - 2001. Research into the life of anthropologist Robert Zingg.

February - September 1993. Interviews in Ciudad Juárez, Mexico about the history of the Manso Indians.

August 1993, January 1993, July 1992, December 1991, December 1990, March-April 1990, July-August 1989. Interviews with Zapotec politicians, writers, and painters (Oaxaca, Mexico).

October 1988 - June 1987. Research Fellow, UNAM-Instituto de Investigaciones Sociales (Mexico City).

October 1988 - May 1987. Dissertation fieldwork (participant observation, interviews, surveys) among politicians,  activists, and intellectuals of a Zapotec political movement (COCEI). Research in the Mexican National Archives and Oaxaca State Archives on Zapotec resistance and rebellion in the colonial period and 19th century. [an oral history I published based on this research won second prize in an oral    history contest at the Casa de la Cultura of Juchitán, Oaxaca in spring 1988. The oral history was published in Relatos Sobre el General Charis, Víctor de la Cruz, ed. Mexico: Ediciones Toledo. 1989]

 July - June 1986. Interviews of Zapotec political leaders and intellectuals, preliminary dissertation research in the Mexican National Archives on the history of the Isthmus of Tehuantepec (Juchitán, Oaxaca).

**Academic Committees Service**

Graduate Advisor Sociology M.A. Program, Sociology and Anthropology Search

Committee, Graduate Council, Faculty Senate, Museum Committee (chair), Sociology

and Anthropology Student Recruitment Committee, Sociology and Anthropology Search

Committee (chair), John & Vida White Award Selection Committee, Liberal Arts College

Outstanding Thesis Committee, Humanities Lecture Series Committee, Feria Regional

del Libro Planning Committee, CIABS Advisory Committee, Library Committee (vice-

chair), University Fee Advisory Committee, Latin American Studies Curriculum

Committee, Graduate Council Committee on Ethics, Top Ten Seniors Selection

Committee, Thelma White Award Selection Committee, Asian Studies Committee. (also

Assistant Director for UTEP's Center for Interamerican and Border Studies 1993-1995)

**Consulting**

Consultant to various law firms, public defender's offices, and other entities concerning

immigration, drug-trafficking and Mexican and border culture. (2005-present).

Consultant to various newspapers and radio stations regarding culture,    violence and

crime along the U.S./Mexico border (New York Times; Norte; television stations in

Austin, Dallas, Houston, and El Paso; NPR; El Diario). 1997-present. (1997 – present;

intermittent)

Consultant for proposal to the Army Corps of Engineers to conduct ethnographic

research in Texas and New Mexico on indigenous groups (1996).

Consultant for Providence Hospital re: a pregnant Indian   patient from Oaxaca, Mexico who could not speak English or Spanish (1996).

Consultant to Casa Tabor (Cd. Juárez, Mexico) and Crispaz (San Antonio) re: preparation to send a delegation of scholars and community leaders to El Salvador to observe the peace process (1996).

Consultant for the proposed project "Globalizing Economies: Social and Environmental Degradation of the U.S.-Mexico Border." Submitted by the Dept. of Sociology & Anthropology and CERM of UTEP to NSF (1995).

Consultant for the Anthropology Research Center, UTEP (1995 – present).

Consultant for the Piro-Manso-Tiwa Indian Tribe. Las Cruces, New Mexico (1994 – present).

Consultant for the documentary film "Zapotecas, Women of the Isthmus" produced by Ellen Osborne and Maureen Gosling of Flower Films, San Francisco (1991-1996).

Consultant for the Texas Country Reporter television program. Dallas, Texas (1993).

**Manuscript and Proposal Reviewer**

Andrew Mellon Foundation/American Council of Learned Societies. Smithsonian Institution Press, National Endowment for the Humanities, The Latin American Anthropology Review, Wenner-Gren Foundation for Anthropological Research, Human Organization, Indiana University Press, Identities, Anthropological Quarterly, Latin American Research Review, Center for InterAmerican and Border Studies, National Science Foundation, National Geographic, University of New Mexico Press, Sociological Inquiries, Mexican Studies, Journal of Latin American Anthropology, Journal of Borderlands Scholars, The Americas, Wadsworth Publishing, Penn State University Press, Colonial Latin American Historical Review, Bulletin of Latin American Research. (and many other academic presses and journals)

**Memberships**

American Anthropological Association, Latin American Studies Association.

**Languages**

Spanish (fluent), French (fair), Isthmus Zapotec (fair)